# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAMONT HAGAN,** | : | **CIVIL NO. 1:17-CV-844** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **JOHN WETZEL, TABB BICKELL,** | : | |
| **STEVE GLUNT, ROBERT MARSH,** | : | |
| **LYNN PATRONE, ERIC TICE,** | : | |
| **CHISM, ASHLEY SHOPE,** | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 19th day of May, 2017, upon consideration of plaintiff's complaint, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion to proceed *in forma pauperis* (Doc. 2) is construed as a motion to proceed without full prepayment of fees and costs and is GRANTED.

2. Plaintiff shall file an amended complaint on or before June 7, 2017.

3. The amended complaint shall contain the same case number that is already assigned to this action, 1:17-CV-844, and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter. See FED. R. CIV. P. 8(e).

4. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an order of court and will result in dismissal of the complaint. See FED. R. CIV. P. 20.

5. Failure to file an amended complaint within the specified time period will result in dismissal of the action for failure to comply with an order of court.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania