# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAMONT HAGAN,** | : | **CIVIL NO. 1:17-CV-844** |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **JOHN WETZEL,** *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 16th day of February, 2018, upon consideration of plaintiff's motion (Doc. 26) for leave to file a second amended complaint, and upon consideration of the proposed second amended complaint (Doc. 20), and the court noting that Federal Rule of Civil Procedure 15 embodies a liberal approach to amendment and specifies that "leave shall be freely given when justice so requires," Dole v. Arco Chemical Co., 921 F.2d 484, 486-87 (3d Cir. 1990); Fed. R. Civ. P. 15(a)(2), it is hereby ORDERED that:

1. The motion (Doc. 26) for leave to file a second amended complaint is GRANTED. The second amended complaint (Doc. 20) is accepted as filed.

2. Defendants shall FILE an answer or appropriate pretrial motion addressing plaintiff's second amended complaint on or before April 16, 2018.

3. The motion (Doc. 23) to strike the second amended complaint is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania