# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAMONT HAGAN,** | : | **CIVIL NO. 1:17-CV-844** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **JOHN WETZEL,** *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 15th day of May, 2018, upon consideration of plaintiff's request (Doc. 42) to withdraw the above-captioned action, wherein he seeks to withdraw his claims against defendants, and represents that he "will try other means to resolve this conflict with the Department of Corrections" (Id. at 1-2), it is hereby ORDERED that:

1. The request (Doc. 42) to withdraw is construed as a motion for voluntary dismissal and is GRANTED.

2. The second amended complaint (Doc. 20) is DISMISSED without prejudice.

3. The Clerk of Court is directed to CLOSE this action.

                                          /S/ CHRISTOPHER C. CONNER
                                          Christopher C. Conner, Chief Judge
                                          United States District Court
                                          Middle District of Pennsylvania